IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| NAVISTAR FINANCIAL CORPORATION<br>PLAINTIFF | )<br>)<br>) |
| VS. | ) CASE NO. 4:13CV0510 KGB<br>) |
| HARRELL LEASING, INC.; RIVER<br>VALLEY EXPRESS INCORPORATED<br>AND TIMOTHY D. HARRELL<br>DEFENDANTS | )<br>)<br>)<br>)<br>) |

## ORDER GRANTING
## MOTION FOR ISSUANCE OF WARNING ORDERS

Now before the Court is a Motion for Issuance of Warning Orders and Brief in Support filed by the Plaintiff, Navistar Financial Corporation. After a review of the pleadings and for cause shown, it is hereby

**ORDERED** that the Motion for Issuance of Warning Orders is granted. The Clerk is directed to issue Warning Orders for the three (3) Defendants, Harrell Leasing, Inc., River Valley Express, Inc. and Timothy D. Harrell.

**IT IS SO ORDERED.**

_Kristine G. Baker_
UNITED STATES DISTRICT JUDGE

DATE: _April 2, 2014_

PREPARED BY:
**HILBURN, CALHOON, HARPER,
PRUNISKI & CALHOUN, LTD.**
One Riverfront Place, 8th Floor
P.O. Box 5551
North Little Rock, AR 72119
(501) 372-0110

_Randy Grice_
Randy L. Grice (ABN 9313)
rgrice@hilburnlawfirm.com