IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**NAVISTAR FINANCIAL CORPORATION**                                                              **PLAINTIFF**

v.                                        Case No. 4:13-cv-00510 KGB

**HARRELL LEASING, INC., RIVER**
**VALLEY EXPRESS INCORPORATED,**
**and TIMOTHY D. HARRELL**                                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered in this action on this day, the Court enters judgment in favor of plaintiff Navistar Financial Corporation against defendants Harrell Leasing, Inc., River Valley Express Incorporated, and Timothy D. Harrell in the amount of $106,026.56 plus prejudgment interest thereon at the highest rate permitted by law from August 21, 2013, until the date of this judgment, and which shall bear interest at the prevailing legal rate established under 28 U.S.C. § 1961 from the date of entry of this Judgment until Navistar is paid in full.

SO ADJUDGED this 31st day of March, 2015.

_____
Kristine G. Baker
United States District Judge